FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

01 DEC 18 PM 4: 35

CLERK, DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

DONNA LEE H. WILLIAMS, INSURANCE
COMMISSIONER OF THE STATE OF
DELAWARE, AS RECEIVER OF NATIONAL
HERITAGE LIFE INSURANCE COMPANY IN
LIQUIDATION,

        Plaintiff,

-vs-                                        Case No. 6:97-cv-1221-Orl-22KRS

MICHAEL BLUTRICH, et al.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that costs are to be paid by the Commissioner, Donna Lee H. Williams, to Global Equities and Realty, Inc., Solomon Obstfeld, Eugene Grin and Samuel Rothman in the total amount of $38,570.74.

Date: December 18, 2001                    SHERYL L. LOESCH, CLERK

                                                By: C. Sticha
                                                     C. Sticha, Deputy Clerk

Copies to counsel

611

Date Printed: 12/18/2001

Notice sent to: CKf 6907CV1221

    ___  Thomas K. Equels, Esq.
         Holtzman, Krinzman, Equels & Furia
         16 W. Pine St.
         Orlando, FL  32801

    ___  David J. Stetler, Esq.
         Stetler & Duffy, Ltd.
         140 S. Dearborn St.
         Suite 400
         Chicago, IL  60603

    ___  William P. Ziegelmueller, Esq.
         Stetler & Duffy, Ltd.
         140 S. Dearborn St.
         Suite 400
         Chicago, IL  60603

    ___  Steven S. Scholes, Esq.
         McDermott, Will & Emory
         227 W. Monroe St.
         Chicago, IL  60606

    ___  Elizabeth B. Herrington, Esq.
         McDermott, Will & Emory
         227 W. Monroe St.
         Chicago, IL  60606

    ___  Geoffrey A. Vance, Esq.
         McDermott, Will & Emory
         227 W. Monroe St.
         Chicago, IL  60606

    ___  Gregory P. Miller, Esq.
         Miller, Alfano & Raspanti, P.C.
         1818 Market St.
         Suite 3402
         Philadelphia, PA  19103

    ___  Gregg W. Mackuse, Esq.
         Miller, Alfano & Raspanti, P.C.
         1818 Market St.
         Suite 3402
         Philadelphia, PA  19103

    ___  Leon Hunter Handley Sr., Esq.
         Gurney & Handley, P.A.
         225 E. Robinson St., Suite 450
         P.O. Box 1273
         Orlando, FL  32802-1273

    ___  Thomas H. Dale
         P.O. Box 14

Orlando, FL  32802

Charles Lembcke
Datz, Jacobson, Lembcke & Wright, PA
2902 Independent Sq.
Jacksonville, FL   32202


Daniel Abrams
Kevin O'Brien
Gary Mennitt
Swidler, Berlin, Shereff, Friedman, LLP
The Chrysler Bldg.   12th Floor   405 Lexington Ave.
New York, NY   10174